■ ABC PAVING CO., INC., Respondent-Appellant, v NEW YORK STATE THRUWAY AUTHORITY, Appellant-Respondent. (Claim No. 67949-A.)—Judgment unanimously affirmed without costs for reasons stated in decision at Court of Claims, NeMoyer, J. (Appeal from judgment of Court of Claims, NeMoyer, J.—breach of contract.) Present—Doerr, J. P., Boomer, Green, Pine and Balio, JJ.